# In the United States Court of Federal Claims

(Filed: January 8, 2019)

| | |
|---|---|
| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | |
| | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: | |
| ALL UPSTREAM CASES | |

**AMENDED MANAGEMENT ORDER NO. 2**
**(ORDER REGARDING SUB-MASTER DOCKET FOR UPSTREAM CLAIMS)**

To promote the efficient administration of justice, Management Order No. 2, issued on December 5, 2017, is hereby amended as follows:

1. ***Consolidation of Upstream Cases.*** Any subsequently filed directly or indirectly related cases, as defined in Rule 40.2 of the Rules of the United States Court of Federal Claims ("RCFC"), that are identified as upstream cases, shall be consolidated for pretrial management. Amended Management Order No. 2 does not address whether these actions are or will be consolidated for trial, nor does it have the effect of making any entity a party to an action in which it has not been joined and served in accordance with the RCFC.

   **(a)** ***Sub-Master Docket.*** The Clerk of Court has created a Sub-Master Docket, <u>In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Sub-Master Docket No. 17-9001L. The Clerk of Court will docket this Order in <u>In re Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Master Docket No. 17-3000L, in <u>In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Sub-Master Docket No. 17-9001L, and in all subsequently filed upstream cases.

   **(b)** ***Assigned Judge.*** Pursuant to the court's November 20, 2017 Order, the Honorable Charles F. Lettow has been assigned to <u>In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Sub-Master Docket No. 17-9001L.

   **(c)** ***Appointed Counsel.*** Pursuant to the court's November 20, 2017 Orders, the following counsel have been appointed in <u>In re Upstream Addicks and Barker (Texas) Flood-Control Reservoirs</u>, Sub-Master Docket No. 17-9001L: Mr. Ian Gershengorn, Mr. Larry Vincent, Mr. Vuk Vujasinovic, Mr. Daniel Charest, Mr. Charles Irvine, and Mr. E. Armistead Easterby.

**(d)** *Future Filings; Case Caption.* From this date and until further order, all future filings in these consolidated upstream cases will be made in Sub-Master Docket No. 17-9001L and will bear the following caption:

# In the United States Court of Federal Claims

| | |
|---|---|
| In re ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS<br><br>THIS DOCUMENT APPLIES TO: | Sub-Master Docket No. 17-9001L |

*i* A filing that is applicable to all consolidated upstream cases will state in the caption that it applies to "ALL UPSTREAM CASES." Such filing will be made in Sub-Master Docket No. 17-9001L only but will be deemed filed and docketed in each individual case to the extent applicable.

*ii* Except as provided in paragraph 1(d)(iii) below, a filing that applies only to a particular case or cases will state in the caption that it applies to the applicable case number(s) and the last name(s) of the named plaintiff(s). The filing will be made in Sub-Master Docket No. 17-9001L and the Clerk of Court will docket the filing in each applicable case.

*iii* Motions to substitute counsel in individual cases and notices of appearance by the government will be filed in the individual case dockets only.

**2.** *Newly Filed Cases.* When a directly or indirectly related case that is identified as an upstream case subsequently is filed, the Clerk of Court will:

**(a)** make an appropriate entry in Sub-Master Docket No. 17-9001L;

**(b)** docket a copy of this Order in the newly filed case; and

**(c)** docket a Notice in the newly filed case (1) providing that until further order of the court, all filings in the case shall be made in Sub-Master Docket No. 17-9001L pursuant to paragraph 1(d) above, and (2) identifying the co-lead counsel assigned to Sub-Master Docket No. 17-9001L pursuant to the court's November 20, 2017 Orders.

-3-

3.  This Order will apply to all subsequently filed or transferred cases that are directly or indirectly related and identified as upstream cases.

    **IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Chief Judge
